# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2348
_____

Vincent A. Argentino

*Plaintiff - Appellant*

v.

Corizon Medical Services

*Defendant*

Ruanne Stamps, Dr.; Narendrasinh Khengar, Dr.; Rex Hardman, Dr.

*Defendants - Appellees*

Reuben Thacker, Dr.

*Defendant*

Glen Babbich, Dr.

*Defendant - Appellee*

Dr. Thomas Kevin Bredeman, Regional Medical Director

*Defendant*

Amanda Verdot, Nurse; Samantha Lucas, Nurse; Hanna Wingate, Nurse; Matthew W. Pittman, Nurse

*Defendants - Appellees*

Cheryl Clad, Nurse; Patricia King, Nurse; Cheryl Galberth, Nurse

*Defendant*s

Pamela Swartz, Nurse Practitioner

*Defendant - Appellee*

Ashok Kumar Chada, Dr.

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted:  March 24, 2020
Filed: March 27, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Missouri inmate Vincent A. Argentino appeals the district court's[1] adverse grant of summary judgment.  Construing the record in a light most favorable to Argentino, and drawing all inferences in his favor, we find that the grant of summary judgment to defendants was proper, see Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (de novo review); and we find no error in the

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

-2-

district court orders denying Argentino's various motions. The judgment is affirmed, see 8th Cir. R. 47B; and appellant's motions for oral argument, and the parties' motions for supplemental briefing, are denied.

_____